IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY NICHOLE BRUCK BARNETT, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) Case No. 2:14-cv-686-VEH-TMP |
| PATRICE RICHIE, Warden; and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) ) ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on July 14, 2015, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 24). No objections to the report and recommendation have been filed. Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

It is therefore ORDERED that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is DENIED and DISMISSED WITHOUT PREJUDICE.

DONE the 5th day of August , 2015.

/s/ VEHopkins
**VIRGINIA EMERSON HOPKINS**
United States District Judge